The Mantle Lamp Company of America, defendant in error, v. Ida Mai Bultman, individually and as executrix of the last will and testament of Charles E. Bultman, deceased, plaintiff in error. Gen. No. 36,358.

 Opinion filed
March 6, 1933. Rehearing denied March 20, 1933.

Ernest D. MacDougall, for plaintiff in error; Samuel W. Banning and Loucks, Eckert & Peterson, of counsel. Benjamin Levering and W. H. F. Millar, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.